# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-2386

———————

Mary E. Knight; Arlie Knight,     *
    *
       Appellants,     *
    *
    v.     *    Appeal from the United States
    *    District Court for the
Greentree Financial Servicing     *    District of North Dakota.
Corporation, formerly known as     *
Green Tree Financial Corporation,     *       [UNPUBLISHED]
    *
       Appellee.     *

———————

Submitted:  March 5, 1999

Filed: March 11, 1999

———————

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Mary E. Knight and Arlie Knight appeal from the district court's[1] dismissal with prejudice of their action against Greentree Financial Servicing Corporation. Having carefully reviewed the record, the parties' briefs, and the relevant law, we

———————

[1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota.

conclude the Knights' action was properly dismissed.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.